1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 CHARLES D. VILLACRES,                    No. CIV S-08-1685-CMK-P

12             Petitioner,

13        vs.                              <u>ORDER</u>

14 D.K. SISTO,

15             Respondent.

16 _____/

17        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole.  Pending before the

19 court is petitioner's request for leave to proceed in forma pauperis (Doc. 6).  Petitioner's petition

20 will be addressed separately.

21        Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing

22 that petitioner is unable to prepay fees and costs or give security therefor.

23 / / /

24 / / /

25 / / /

26 / / /

1          Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to

2    proceed in forma pauperis is granted.

3

4     DATED:  August 6, 2008

5

6                                    CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26