**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES D. VILLACRES,                    No. CIV S-08-1685-CMK-P

         Petitioner,

    vs.                                                      <u>ORDER</u>

D.K. SISTO,

         Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole.  Pending before the court is petitioner's second request for leave to proceed in forma pauperis (Doc. 10).  Because the court granted petitioner's first such request (<u>see</u> order at Doc. 7 addressing Doc. 6), the second request is denied as unnecessary.

        IT IS SO ORDERED.


 DATED:  August 18, 2008

                                    _____
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26