IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. VILLACRES, | No. CIV S-08-1685-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, | |
| Respondent. | |
| _____ / | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole.  Pending before the court is petitioner's third request for leave to proceed in forma pauperis (Doc. 15).  Because the court granted petitioner's first such request (see order at Doc. 7 addressing Doc. 6), the third request is denied as unnecessary.

  IT IS SO ORDERED.

DATED: August 28, 2008

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE